DAYLE ELIESON
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Susan.Cushman@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    vs.<br><br>JAELEAH MARIA GUIDA, and<br>LAURA VELREE GUIDA,<br><br>      Defendants. | Case No.: 2:18-mj-00955-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING DATE**<br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Adam Gill, Esq., counsel for defendant Jaeleah Maria Guida and Lance Hendron, Esq. Counsel for defendant Laura Velree Guida:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR December 20, 2016, at 4:00 p.m. before U.S. Magistrate Judge Koppe be vacated and set to a time convenient for the Court, but no earlier than 45 days from the current setting.

This stipulation is entered into for the following reasons:

1. The government will provide counsel for each defendant with limited Rule 16 Discovery in order to facilitate a pre-indictment resolution. Counsel for each

|   |   |   |
|---|---|---|
| 1 | | defendant requests an opportunity to review the discovery and discuss it with |
| 2 | | his respective client prior to a preliminary hearing or an indictment. |
| 3 | 2. | Defense counsel and counsel for the government agree to the continuance. |
| 4 | 3. | The defendants are not detained and agree to the continuance. |
| 5 | 4. | Denial of this request for continuance could result in a miscarriage of justice. |
| 6 | 5. | The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv). |
| 12 | 6. | This is the first request for a continuance. |

Dated this 13th day of December 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

/s/
_____
SUSAN CUSHMAN
Assistant United States Attorney


/s/
_____
ADAM GILL
Counsel for defendant Jaeleah Guida


/s/
_____
LANCE HENDRON
Counsel for defendant Laura Guida

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)　Case No.: 2:18-mj-00955-NJK
　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　 )　**FINDINGS OF FACT, CONCLUSIONS**
　　　　　　　　　　　　　　　　　)　**OF LAW AND ORDER**
JAELEAH MARIA GUIDA, and　　　　 )
LAURA VELREE GUIDA,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　)
　　　　　　　　　　　　　　　　　)

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The preliminary hearing in this matter, currently set for December 20, 20, 2018. The parties agree to a continuance of the preliminary hearing in an effort to facilitate a pre-indictment resolution of the matter.

2. The government will provide counsel for each defendant with limited Rule 16 Discovery in order to facilitate a pre-indictment resolution. Counsel for each defendant requests an opportunity to review the discovery and discuss it with his respective client prior to a preliminary hearing or an indictment.

3. Both counsel for the defendants and counsel for the government agree to the continuance.

4. The defendants are not detained and agree to the continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy

1

Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for December 20, 2018, at 4:00 p.m. be vacated and continued to February 12, 2019, at 4:00 p.m., in Courtroom 3C.

DATED this 13th day of December 2018.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE